UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

MANUEL R. DE LA CRUZ DISLA,           :
                                       :
    Petitioner                         :
                                       :
  v.                                   : CIVIL NO. 3:CV-05-1857
                                       :
KAREN F. HOGSTEN,                      : (Judge Kosik)
                                       :
    Respondent                         :

## O R D E R

**AND NOW, THIS         DAY OF JANUARY, 2006,** in accordance with the November 30, 2005 mandate issued by the United States Court of Appeals for the Third Circuit in the above matter, **IT IS HEREBY ORDERED THAT** the habeas corpus petition is dismissed for lack of jurisdiction.  The Clerk of Court is directed to close this case.

                        s/Edwin M. Kosik
                        United States District Judge

EMK:lq